IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JUSTICE SCOTT STADLER,

    Plaintiff,

v.

AARON SCHOONE, et al.

    Defendants.

ORDER

Case No. 25-cv-995-jdp

---

JUSTICE SCOTT STADLER,

    Plaintiff,

v.

BENJAMIN LANE, et al.

    Defendants.

ORDER

Case No. 25-cv-1000-jdp

---

Plaintiff Justice Scott Stadler has submitted a certified inmate trust fund account statement in support of a motion for leave to proceed without prepaying the filing fee. The court must now determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the filing fees.

Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the filing fee pursuant to 28 U.S.C. § 1915(b)(1). Using information from plaintiff's trust fund account statement, I have calculated plaintiff's initial partial payment to be $0.16 for each case (total $0.32). For these cases to proceed, plaintiff must submit $0.32 on or before December 30, 2025.

ORDER

IT IS ORDERED that:

1. Plaintiff Justice Scott Stadler is assessed an initial partial payment of $0.16 for each case (total $0.32). Plaintiff must submit a check or money order in the amount of $0.32 payable to the clerk of court by December 30, 2025 or advise the court in writing why plaintiff is not able to make the initial partial payment.

2. No further action will be taken in these cases until the clerk's office receives the initial partial payment as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

2. If plaintiff fails to make the initial partial payment by December 30, 2025, or fails to show cause why the payment could not be made, then I will assume that plaintiff wishes to withdraw these actions voluntarily. In that event, the cases will be dismissed without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). If plaintiff submits the initial partial payment(s) within 30 days of dismissal, the cases will be reopened. The court will not reopen the cases after 30 days unless plaintiff makes a showing that they are entitled to relief under Federal Rule of Civil Procedure 60(b).

Entered this 9th day of December, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge